The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

BARTELSON HOLDINGS LLC; BARTELSON TRUCKING LLC; BATP INC.; BRYAN BARTELSON; and JENNIFER BARTELSON

Plaintiffs,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

Defendant.

Case No. 3:16-CV-05861-RBL

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs Bartelson Holdings LLC, Bartelson Trucking LLC, BATP Inc., Bryan Bartelson, and Jennifer Bartelson (collectively "the Insureds"), by and through their attorneys, Parsons Farnell & Grein, LLP, and defendant Philadelphia Indemnity Insurance Company ("Philadelphia"), by and through its attorneys, Sedgwick LLP, hereby stipulate and agree that all claims against Philadelphia are dismissed in part with prejudice and in part without prejudice as follows, without costs to either party:

1. With prejudice the Insureds' claims based on Philadelphia's alleged duty and obligation to pay attorney fees, costs, and disbursements incurred by the Insureds

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 1**
No. 3:16-CV-05861-RBL
O:\014800I\0026 pam stipulation of dismissal and proposed order.doc

Parsons Farnell & Grein, LLP.
Attorneys at Law
1030 SW Morrison Street
Portland Oregon 97205
Telephone: (503) 222-1812

1. in the defense of the action entitled *Karl Torgramsen, et al. v. Bartelson Trucking, LLC, et al.*, Case No. 15-2-06445-8 for the Superior Court of the State of Washington for the County of Pierce ("the *Torgramsen* Action") as of November 30, 2016 ("Past Defense Costs"), and the Insureds' claim for attorney fees, costs, and disbursements incurred by the Insureds in pursuing insurance coverage under Philadelphia policy numbers PHSD963518 and PHSD1050001 ("the Policies") as of November 16, 2016 ("Past Coverage Fees"), including the Insureds' claims for breach of contract, bad faith, violation of the Insurance Fair Conduct Act ("IFCA"), violation of the Consumer Protection Act ("CPA"), and declaratory judgment, but only to the extent these claims are based on Philadelphia's alleged duty and obligation to pay Past Defense Costs and Past Coverage Fees.

2. Without prejudice any and all claims based on anything other than Philadelphia's alleged duty and obligation to pay Past Defense Costs and Past Coverage Fees. These reserved claims include, but are not limited to, the Insureds' claims for breach of contract, bad faith, violation of the IFCA, violation of the CPA, and declaratory judgment to the extent any such claims relate to Philadelphia's alleged: (a) duty under the Policies to defend the Insureds in the *Torgramsen* Action after November 30, 2016 or to pay the attorney fees, costs, and disbursements incurred by the Insureds in the defense of the *Torgramsen* Action after November 30, 2016; (b) obligation to pay the attorney fees, costs, and disbursements incurred by the Insureds in pursuing insurance coverage under the Policies after November 16, 2016; (c) duty to indemnify the Insureds against any judgment entered in the *Torgramsen* Action or settlement agreed to regarding the *Torgramsen* Action or to settle the *Torgramsen* Action on behalf of the Insureds; or (d) violations of the regulations set forth in the Washington Administrative

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 2**
No. 3:16-CV-05861-RBL
O:\1014800\0026 pam stipulation of dismissal and proposed order.doc

Parsons Farnell & Grein, LLP.
Attorneys at Law
1030 SW Morrison Street
Portland Oregon 97205
Telephone: (503) 222-1812

1  Code, negligence, and/or breaches of the duty of good faith and fair dealing
2  allegedly committed in handling the Insureds' claims related to *Torgramsen*
3  Action to the extent those claims are based on anything other than Philadelphia's
4  alleged duty and obligation to pay Past Defense Costs and/or Past Coverage Fees.
5
6  AGREED AND STIPULATED TO this 13th day of April, 2017.
7
8  PARSONS FARNELL & GREIN, LLP                SEDGWICK LLP
9
10  By: s/ Michael E. Farnell                   By: s/ Robert A. Meyers
    Michael E. Farnell, WSBA #23735             Robert A. Meyers, WSBA #24846
11  E-mail: mfarnell@pfglaw.com                 E-mail: bob.meyers@sedgwicklaw.com
    Parsons Farnell & Grein, LLP                Sedgwick LLP
12  1030 SW Morrison St.                        One Union Square
    Portland, OR 97205                          600 University Street, Suite 2915
13  Telephone: 503-222-1812                     Seattle, WA 98101-4172
14  Facsimile: 503-274-7979                     Telephone: 206-462-7560
                                                Facsimile: 877-541-3918
15  *Attorneys for Plaintiffs Bartelson Holdings*
    *LLC, Bartelson Trucking LLC, BATP Inc.,*   *Attorneys for Defendant Philadelphia*
16  *Bryan Bartelson and Jennifer Bartelson*    *Indemnity Insurance Company*
17
18
19
20
21
22
23
24
25
26
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 3**
No. 3:16-CV-05861-RBL
O:\101480\0026 pam stipulation of dismissal and proposed order.doc

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, it is hereby ORDERED that Plaintiffs' claims against Philadelphia Indemnity Insurance Company are dismissed with prejudice and without prejudice, as set forth in the foregoing stipulation, and without an award of fees or costs as to either party.

DATED this __18__ day of April, 2017

_____
The Honorable Ronald B. Leighton
United States District Judge

Presented by:

| PARSONS FARNELL & GREIN, LLP | SEDGWICK LLP |
|---|---|
| By: s/ Michael E. Farnell<br>Michael E. Farnell, WSBA #23735<br>E-mail: mfarnell@pfglaw.com<br>Parsons Farnell & Grein, LLP<br>1030 SW Morrison St.<br>Portland, OR 97205<br>Telephone: 503-222-1812<br>Facsimile: 503-274-7979<br><br>*Attorneys for Plaintiffs Bartelson Holdings LLC, Bartelson Trucking LLC, BATP Inc., Bryan Bartelson and Jennifer Bartelson* | By: s/ Robert A. Meyers<br>Robert A. Meyers, WSBA #24846<br>E-mail: bob.meyers@sedgwicklaw.com<br>Sedgwick LLP<br>One Union Square<br>600 University Street, Suite 2915<br>Seattle, WA 98101-4172<br>Telephone: 206-462-7560<br>Facsimile: 877-541-3918<br><br>*Attorneys for Defendant Philadelphia Indemnity Insurance Company* |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 4
No. 3:16-CV-05861-RBL
O:\1014800.1\0026 pam stipulation of dismissal and proposed order.doc

Parsons Farnell & Grein, LLP.
Attorneys at Law
1030 SW Morrison Street
Portland Oregon 97205
Telephone: (503) 222-1812